COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

DAVID RODRIGUEZ, § No. 08-16-00113-CR

Appellant, § Appeal from the

v. § 120th District Court

THE STATE OF TEXAS, § of El Paso County, Texas

State. § (TC# 20150D03170)

§

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **April 21, 2017**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Francisco F. Macias, Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before April 21, 2017.

IT IS SO ORDERED this 21st day of March, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.